FILED

2013 JUL 31  PM 3: 41

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2012 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>                    Plaintiff, )<br><br>                    v. )<br><br>BRIAN TODD RUOROCK, )<br>      aka "Sporty," )<br><br>                    Defendant. )<br>_____ ) | SA CR 13- **SACR13-0133**<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii): Possession<br>with the Intent to Distribute<br>Methamphetamine] |

        The Grand Jury charges:

            [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

        On or about June 13, 2012, in Orange County and San

Bernardino County, within the Central District of California, and

elsewhere, defendant BRIAN TODD RUOROCK, also known as "Sporty,"

knowingly and intentionally possessed with intent to distribute

//

//

//

//

1  at least 50 grams of methamphetamine, namely, approximately 80.5

2  grams of methamphetamine, a Schedule II controlled substance.

3

4                                    A TRUE BILL

5

6                              _____/S/_____

7                              Foreperson

8  ANDRÉ BIROTTE JR.
   United States Attorney
9

10

11 ROBERT E. DUGDALE
   Assistant United States Attorney
12 Chief, Criminal Division

13 DENNISE D. WILLETT
   Assistant United States Attorney
14 Chief, Santa Ana Branch Office

15 JOSEPH T. MCNALLY
   Assistant United States Attorney
16 Deputy Chief, Santa Ana Branch Office

17 AMANDA N. LISKAMM
   Assistant United States Attorney
18

19

20

21

22

23

24

25

26

27

28