

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

### CASE SUMMARY

FILED

| | |
|---|---|
| Case Number | **SA CR 13-0133** |

Defendant Number 1

U.S.A. v. BRIAN TODD RUOROCK

Year of Birth 1977

2013 JUL 31 PM 3: 39

[✓] Indictment     [ ] Information

Investigative agency (FBI, DEA, etc.) SAPD

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

**NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".**

BY

## OFFENSE/VENUE

a. Offense charged as a :

[ ] Misdemeanor    [ ] Minor Offense    [✓] Felony

[ ] Petty Offense    [ ] Class B Misdemeanor

b. Date of Offense On or about June 13, 2012

c. County in which first offense occurred

Orange County

d. The crimes charged are alleged to have been committed in:

CHECK **ALL** THAT APPLY

[ ] Los Angeles     [ ] Ventura

[✓] Orange     [ ] Santa Barbara

[ ] Riverside     [ ] San Luis Obispo

[ ] San Bernardino     [ ] Other:

Citation of Offense 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? [✓] No    [ ] Yes

IF YES   Case Number _____

Pursuant to Section 11 of General Order 08-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: **MUST MATCH NOTICE OF RELATED**

**Case** _____

## PREVIOUSLY FILED COMPLAINT

A complaint was previously filed on: N/A

Case Number _____

Charging _____

_____

The complaint:    [ ] is still pending

[ ] was dismissed on: _____

## PREVIOUS COUNSEL

Was defendant previously represented?    [ ] No   [✓] Yes

IF YES, provide, Name: Diane Bass

Phone Number: _____

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?

[ ] Yes*     [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*     [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

## Superseding Indictment/Information

**IS THIS A NEW DEFENDANT?**    [ ] Yes     [ ] No

This is the _____ superseding charge, i.e. 1st, 2nd.

The superseding case was previously filed on:

N/A

Case Number _____

The superseded case:

[ ] is still pending before Judge/Magistrate Judge

_____

[ ] was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

[ ] Yes*     [ ] No

Will more than 12 days be required to present government's evidence in the case-in-chief?

[ ] Yes*     [ ] No

Reset Form

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required?   ☐ YES   ☑ NO

IF YES, list language and/or dialect:

_____

## OTHER

☑ Male        ☐ Female

☑ U.S. Citizen   ☐ Alien

Alias Name(s) aka "Sporty,"

_____

This defendant is charged in:   ☑ All counts

☐ Only counts: _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166 (b)(7).

Is defendant a juvenile?   ☐ Yes   ☑ No

IF YES, should matter be sealed?   ☐ Yes   ☐ No

The area of substantive law that will be involved in this case includes:

☐ financial institution fraud    ☐ public corruption

☐ government fraud               ☐ tax offenses

☐ environmental issues           ☐ mail/wire fraud

☑ narcotics offenses             ☐ immigration offenses

☐ violent crimes/firearms        ☐ corporate fraud

☐ Other: _____

## CUSTODY STATUS

Defendant is **not** in custody:

a. Date and time of arrest on complaint: N/A _____

b. Posted bond at complaint level on: _____

   in the amount of $ _____

c. PSA supervision?   ☐ Yes   ☑ No

d. Is a Fugitive   ☐ Yes   ☑ No

e. Is on bail or release from another district:

   _____

f. ☐ Has not been arrested but will be notified by summons
      to appear.

g. Warrant requested.   ☑ Yes   ☐ No

Defendant is **in** custody:

a. Place of incarceration:   ☐ State   ☐ Federal

b. Name of Institution: N/A

c. If Federal: U.S. Marshal's Registration Number:

d. ☐ Solely on this charge.  Date and time of arrest:

   _____

e. On another conviction:   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   ☐ Writ of Issue

f. Awaiting trial on other charges: :   ☐ Yes   ☐ No

   IF YES :   ☐ State   ☐ Federal   AND

   Name of Court: _____

   Date transferred to federal custody: _____

   This person/proceeding is transferred from another district
   pursuant to F.R.CrP.   20 ____   21 ____   40 ____

## EXCLUDABLE TIME

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN: _____

_____

Date   07/29/2013

Signature of Assistant U.S. Attorney

AMANDA N. LISKAMM
Print Name