# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER: SACR13-0133 |
|---|---|
| v. BRIAN TODD RUDROCK AKA "SPORTY" DEFENDANT(S) | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 07/31/13  20:30   ☐ AM / ☒ PM
2. Defendant is in lock-up (in this court building)   Yes ☒   No ☐
3. Charges under which defendant has been booked: 21 USC. 841(a)(1)(b)(1)(B)(viii)
4. Offense charged is a: ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor
5. U.S. Citizen: ☒ Yes   ☐ No   ☐ Unknown
6. Interpreter Required: ☒ No   ☐ Yes: _____ (Language)
7. Year of Birth: 1977
8. The defendant is: ☒ Presently in custody on this charge.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
9. Place of detention (if out-of-district): _____
10. Date detainer placed on defendant: _____
11. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
12. Does the defendant have retained counsel ?  ☒ No
    ☒ Yes   Name: DUANE BASS   and Phone Number: _____
13. Did you notify Pretrial Services?   ☐ No
    ☒ If yes, please list Officer's Name: MS. STORM   Time: 1:10   AM / ☒ PM
14. Remarks (if any): NONE

15. Date: 08/01/13
16. Name: SA GEORGE BOYKINS (Please Print)
17. Agency: FBI
18. Signature: [signed]
19. Office Phone Number: 714 975-2879