# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>8:13-CR-00133</u>     Recorder: <u>CS 08/01/2013</u>     Date: <u>08/01/2013</u>

Present: The Honorable <u>Arthur Nakazato</u>, U.S. Magistrate Judge

Court Clerk: <u>Stephen Ybarra</u>     Assistant U.S. Attorney: <u>Vibhav Mittal, AUSA</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Brian Todd Ruorock aka Sporty CUSTODY | Diane Bass, CJA Panel Appointed | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE AND INITIAL APPEARANCE.**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant's first appearance.
Government moves for Permanent Detention of the defendant. Detention Hearing is held., Court grants the Government's request and orders the defendant permanently detained.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Andrew J. Guilford.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial September 24, 2013 at 9:00 AM
    Status Conference September 16, 2013 at 2:00 PM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 2 days.

No financial affidavit was submitted. Bass informed the Court that she was previously appointed.

First Appearance/Appointment of Counsel: <u>00 : 04</u>
PIA: <u>00 : 03</u>
Initials of Deputy Clerk: <u>shy</u> shy

cc: Statistics Clerk, PSALA CJA Supv Attorney