ANDRÉ BIROTTE JR.
United States Attorney
DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office
AMANDA N. LISKAMM (Cal. State Bar No.: 282233)
Assistant United States Attorney
Santa Ana Branch Office
    411 West 4th Street, Suite 8000
    Santa Ana, CA 92701
    Telephone: (714) 338-3547
    Facsimile: (714) 338-3708
    E-mail: Amanda.Liskamm@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRIAN TODD RUOROCK,<br>    aka "Sporty,"<br><br>    Defendant. | SA CR No. 13-133-AG<br><br>INFORMATION RE: PRIOR CONVICTIONS FOR A FELONY DRUG OFFENSE FOR DEFENDANT BRIAN TODD RUOROCK<br><br>[21 U.S.C. 851: Proceedings to Establish Prior Convictions] |

The United States Attorney charges:

    Defendant BRIAN TODD RUOROCK, prior to committing the offenses alleged in count one of the Indictment in *United States v. Brian Todd Ruorock*, SA CR No. 13-133-AG, had been finally convicted of a felony drug offense as that term is defined and used in Title 21, United States Code, Sections 802(44), 841, and 851, namely, on or about May 12, 1997, in Orange County, Superior Court, Case Number 96NF3525, defendant BRIAN TODD RUOROCK was convicted of Possession of a Controlled Substance for Sale, in

violation of California Health and Safety Code Section 11378, and Transportation of a Controlled Substance, in violation of California Health and Safety Code Section 11379(A).

ANDRÉ BIROTTE JR.
United States Attorney

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

/s/ Dennise D. Willett

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

JOSEPH T. MCNALLY
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

AMANDA N. LISKAMM
Assistant United States Attorney